1

2

3

4

5

6
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

UNITED STATES OF AMERICA,          )
                                   )   No. CR-06-089-LRS
                  Plaintiff,       )
                                   )   ORDER GRANTING DEFENDANT'S
v.                                 )   MOTION TO RECONSIDER AND
                                   )   ORDER SETTING CONDITIONS OF
STEVE C. ABRAHAMSON,               )   RELEASE
                                   )
                  Defendant.       )
                                   )

13   At the July 17, 2007, hearing on Defendant's Motion to

14   Reconsider Detention, Assistant Federal Defender Robert Fischer

15   appeared with Defendant; Assistant U.S. Attorney Stephanie A.

16   Whitaker represented the United States.

17   The court, having considered the proffers of Defendant and

18   Plaintiff and the Supplemental Pretrial Services Report, finds there

19   is a combination of conditions to reasonably assure Defendant is not

20   a risk of flight or a risk to the community. Accordingly,

21   **IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 136)** is

22   **GRANTED.** Defendant may be released on the following conditions:

23   1. Defendant may be released to reside at a Spokane

24   residential re-entry center (Bannum Place) on the date of bed

25   availability.

26   2. Defendant shall participate in intensive outpatient

27   treatment. An appointment for Defendant's first counseling session

28   must be made and confirmed by Pretrial Services. **If Defendant fails**

ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER
AND ORDER SETTING CONDITIONS OF RELEASE – 1

**in any way to comply or cooperate with the requirements of the outpatient treatment program, Pretrial Services and the parties are directed to notify the court.  Treatment shall not interfere with the Defendant's court appearances.**  Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor.  If random urinalysis testing is not conducted by the treatment provider, Defendant shall be subject to random urinalysis testing by the United States Probation Office, not to exceed six times a month.  **Defendant shall submit to breathalyzer testing at the request of the U.S. Probation Office or residential re-entry staff.**

     3.   Defendant shall not commit any offense in violation of federal, state or local law.

     4.   Defendant shall not change addresses without prior permission of the court.

     5.   Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

     6.   Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

     7.   Defendant shall remain in the Eastern District of Washington while the case is pending.  On a showing of necessity, Defendant may obtain prior written permission to leave this area from the United States Probation Office.

     8.   Defendant shall not possess a firearm, destructive device or other dangerous weapon.

     9.   Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to

ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER
AND ORDER SETTING CONDITIONS OF RELEASE – 2

1  ship or transport in interstate or foreign commerce any firearm or

2  ammunition or receive any firearm or ammunition which has been

3  shipped or transported in interstate or foreign commerce.

4     10.   Defendant shall refrain from the use of alcohol, and the

5  use or possession of a narcotic drug and other controlled substances

6  defined in 21 U.S.C. § 802, unless prescribed by a licensed medical

7  practitioner.

8     11.   Defendant shall report to the United States Probation

9  Office before or immediately after his release and shall report as

10  often as they direct, at such times and in such manner as they

11  direct.

12     12.   Defendant shall post a $20,000 appearance bond, to be co-

13  signed by another responsible adult.

14     13.   **Defendant shall not have contact, direct or indirect, with

15  the victim in this matter or with the victim's mother.**

16     **Defendant is advised a violation of any of the foregoing

17  conditions of release may result in the immediate issuance of an

18  arrest warrant, revocation of release and prosecution for contempt

19  of court, which could result in imprisonment, a fine, or both.

20  Specifically, Defendant is advised a separate offense is established

21  by the knowing failure to appear and an additional sentence may be

22  imposed for the commission of a crime while on this release.   In

23  this regard, any sentence imposed for these violations is

24  consecutive to any other sentence imposed.**

25     DATED July 26, 2007.

26

27                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

28

ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER
AND ORDER SETTING CONDITIONS OF RELEASE – 3