PROB 12C
(7/93)

Report Date: November 22, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 2 2 2010

JAMES R LARSEN, CLERK
_____DEPUTY
WENON, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steve C. Abrahamson          Case Number: 2:06CR00089-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 10/18/2007

Original Offense:       Assault Resulting in Substantial Bodily Injury to an Individual Who Has Not Attained the Age of 16, 18 U.S.C. §§ 113(a)(7) and 1153

Original Sentence:      Prison - 11 months; TSR - 36          Type of Supervision: Supervised Release
                        months

Asst. U.S. Attorney:    Stephanie A. Van Marter               Date Supervision Commenced: 07/25/2008

Defense Attorney:       Robert R. Fischer                     Date Supervision Expires: 07/24/2011

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 2:** The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence:** On October 29, 2010, Steve Abrahamson plead guilty to assault/domestic violence. Details of this offense, that were not received by the undersigned officer until November 5, 2010, reflect the following: On May 19, 2010, Coville Tribal Police responded to a residence in Keller, Washington, regarding an unwanted male. Upon arrival, officers spoke with Randy Peasley, Mr. Abrahamson's girlfriend, who reported that the defendant had assaulted her. Officers observed physical evidence that was consistent with Ms. Peasley being assaulted.

                        The matter was then referred to the Coville Tribal Prosecutors and, as noted above, Mr. Abrahamson plead guilty on October 29, 2010. He remains in tribal custody in Nespelem, Washington.

Prob12C
Re: Abrahamson, Steve C
November 22, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/22/2010

s/ Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

11/22/10

Date