PROB 12C
(7/93)

Report Date: April 17, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 3 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Steve C. Abrahamson          Case Number: 2:06CR00089-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: October 18, 2007

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to an Individual Who Has Not Attained the Age of 16, 18 U.S.C. §§ 113(a)(7) and 1153 |
| Original Sentence: | Prison - 11 Months<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Robert R. Fischer |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 21, 2011

Date Supervision Expires: November 20, 2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 11, 2012, Steven Abrahamson was arrested by the Spokane Tribal Police for driving while intoxicated, driving with a suspended license, and negligent driving in the first degree. |
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 11, 2012, Steven Abrahamson was arrested by the Spokane Tribal Police for second degree assault/domestic violence. |
| 3 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.<br><br>**Supporting Evidence**: Steven Abrahamson has failed to maintain employment since his release from the Spokane Residential Reentry Center on September 16, 2011. |

Prob12C
Re: Abrahamson, Steve C.
April 17, 2012
Page 2

| | | |
|---|---|---|
| 4 | | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

**Supporting Evidence**: On April 11, 2012, Steve Abrahamson was arrested by the Spokane Tribal Police. To date he has failed to report said arrest.

5      **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: When arrested by the Spokane Tribal Police on April 11, 2012, Mr. Abrahamson admitted to officers that he had been consuming alcohol. He submitted to a portable breath test, which yielded positive findings for an alcohol level of .159.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/17/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/23/12
Date